USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/17/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LICKERISH, LTD.**, *a United Kingdom Private Limited Company*,<br><br>                            **Plaintiff**,<br><br>-against-<br><br>**SOMETHING NAVY, INC., ET AL.**,<br><br>                            **Defendants.** | 20-cv-07524 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:   **November 17, 2020**
         **New York, New York**

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**